IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-637-H2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $33,890.46 IN U. S. CURRENCY ) <br> SEIZED FROM EDWARD JONES ) <br> ACCOUNT NUMBER 557-12459-1-8 ) <br> HELD IN THE NAME OF DONALD K. ) <br> BLAINE; ) <br> $143,523.76 IN U. S. CURRENCY ) <br> SEIZED FROM COASTAL FEDERAL ) <br> CREDIT UNION ACCOUNT NUMBER ) <br> 174557 HELD IN THE NAME OF ) <br> DONALD K. BLAINE; ) <br> A 2008 MERCEDES BENZ C CLASS ) <br> SPORT SEDAN 4D C300, ) <br> VIN: WDDGF54XX8R015216, AND ) <br> ANY AND ALL PROCEEDS FROM THE ) <br> SALE OF SAID PROPERTY, ) <br> ) <br> Defendants. ) | **ORDER ALLOWING STAY** <br> **OF CIVIL FORFEITURE** <br> **PROCEEDINGS** |

For good cause being shown upon the motion of the United States of America, and with the consent of all parties, it is hereby

ORDERED that these civil forfeiture proceedings shall be stayed until the conclusion of the pending criminal action, <u>USA v. Donald Kent Blaine</u>, U. S. District Court for the Eastern District of North Carolina, Western Division, No.5:11-CR-346-2BO.

SO ORDERED this 1st day of March, 2012.

MALCOLM J. HOWARD
Senior United States District Judge