IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-637-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $33,890.46 IN U. S. CURRENCY SEIZED FROM EDWARD JONES ACCOUNT NUMBER 557-12459-1-8 HELD IN THE NAME OF DONALD K. BLAINE; $143,523.76 IN U. S. CURRENCY SEIZED FROM COASTAL FEDERAL CREDIT UNION ACCOUNT NUMBER 174557 HELD IN THE NAME OF DONALD K. BLAINE; A 2008 MERCEDES BENZ C CLASS SPORT SEDAN 4D C300, VIN: WDDGF54XX8R015216, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimants of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Postal Service pursuant to said process;

2. On January 11, 2012, a Claim and Answer were filed in this action by Donald Kent Blaine.

3. On September 25, 2013, a Withdrawal of Claim was filed with this Court by Donald Kent Blaine.

4. No other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

5. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry # _16_;

5. The U. S. Marshal's Service is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 23 day of December, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE